THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Thomas Jermaine
 Evans, Appellant.
 
 
 
 
 

Appeal From Charleston County
 Thomas W. Cooper, Jr., Circuit Court
 Judge

 Unpublished Opinion No.  2010-UP-123
 Submitted January 4, 2010  Filed February
 11, 2010 

 
 
 APPEAL DISMISSED
 
 
 
 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 
 
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; Solicitor Scarlett Anne Wilson, of
 Charleston, for Respondent.
 
 
 
 
 
PER CURIAM: Thomas Jermaine Evans was convicted of
 armed robbery. Evans appeals arguing the trial court erred in denying his
 mistrial motion.  Evans also filed a pro se brief. After a thorough review of
 the record and both briefs pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Evans' appeal and grant counsel's motion to be relieved.[1]  

APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.